IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Beachside Produce, LLC, et al., | NO. C 06-04957 JW |
|     Plaintiffs, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
|   v. | |
| Flemming Enterprises, LLC, et al., | |
|     Defendants. | |

    In light of the recent filing of the certificate of service of the Summons and Complaint as to Defendant Charles Flemming, the Court continues the case management conference presently scheduled for November 27, 2006 to **January 8, 2007 at 10 AM.** Plaintiffs shall serve this order on Defendant Flemming no later than December 1, 2006. Pursuant to the Civil Local Rules of the Court, the parties shall file a joint case management statement no later than December 29, 2006.

Dated: November 21, 2006

                                                  JAMES WARE
                                                  United States District Judge

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Lewis P. Janowsky rj@rjlaw.com
Marion I Quesenbery marion@rjlaw.com

**Dated:  November 21, 2006**                              **Richard W. Wieking, Clerk**

                                                           **By:  /s/ JW Chambers**
                                                                **Elizabeth Garcia**
                                                                **Courtroom Deputy**