IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Beachside Produce, LLC, et al., | NO. C 06-04957 JW |
|       Plaintiffs,<br>  v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| Flemming Enterprises, LLC, et al., | |
|       Defendants. | |

In light of Plaintiffs' Motion for Entry of Default against remaining Defendant Charles Flemming, the Court continues the Case Management Conference presently scheduled for January 8, 2007 to **March 12, 2007 at 10 AM**. The parties shall file a Joint Case Management Statement by March 2, 2007.

Dated: January 4, 2007

James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Lewis P. Janowsky rj@rjlaw.com
Marion I Quesenbery marion@rjlaw.com

| **Dated:  January 4, 2007** | **Richard W. Wieking, Clerk** |
|---|---|
| | **By: /s/ JW Chambers** |
| | **Elizabeth Garcia** |
| | **Courtroom Deputy** |