1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

Beachside Produce, LLC, et al.,                    NO. C 06-04957 JW

                    Plaintiffs,          **JUDGMENT FOR BEACHSIDE**
                                         **PRODUCE LLC**
        v.

Flemming Enterprises, LLC d/b/a Golden Gate
Fruit & Vegetable, et al.,

                    Defendants.
_____/

        Pursuant to the Court's March 28 Order Granting Beachside's Motion for Default Judgment,

judgment is entered in favor Plaintiff Beachside Produce, LLC, against Defendants Flemming

Enterprises, LLC and Charles Flemming.

        Judgment is entered in the amount of $33,110.41 which represents $25,096.49 in principal;

$4,748.24 in pre-judgment finance charges; $2,869.86 in attorney's fees; and $395.82 in costs.  This

Judgment is subject to a post-judgment finance charge of 18 percent per year until fully paid.


Dated:  March 29, 2007                   _____
                                         JAMES WARE
                                         United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Lewis P. Janowsky rj@rjlaw.com
Marion I Quesenbery marion@rjlaw.com

**Dated:  March 29, 2007**                         **Richard W. Wieking, Clerk**


                                                   **By:   /s/ JW Chambers**
                                                        **Elizabeth Garcia**
                                                        **Courtroom Deputy**

**United States District Court**
For the Northern District of California