IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Beachside Produce, LLC, et al., | NO. C 06-04957 JW |
| Plaintiffs, | **ORDER VACATING HEARING ON ORDER TO SHOW CAUSE RE: DISMISSAL** |
| v. | |
| Flemming Enterprises, LLC, et al., | |
| Defendants. | |

A hearing on the Court's Order to Show Cause Re: Dismissal is scheduled for May 21, 2007. In light of counsel's certification, the Court VACATES the hearing. The Court will reconsider its denial of Pappas' motion for default judgment based on the papers already submitted.

Dated: May 18, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Lewis P. Janowsky rj@rjlaw.com
Marion I Quesenbery marion@rjlaw.com

**Dated: May 18, 2007**               **Richard W. Wieking, Clerk**

                                      **By:  /s/ JW Chambers**
                                           **Elizabeth Garcia**
                                           **Courtroom Deputy**