IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Beachside Produce, LLC, et al., | NO. C 06-04957 JW |
|     Plaintiffs, | **JUDGMENT FOR PAPPAS & CO.** |
|   v. | |
| Flemming Enterprises, LLC d/b/a Golden Gate Fruit & Vegetable, et al., | |
|     Defendants. | |

Pursuant to the Court's June 6 Order Granting Pappas' Motion for Default Judgment, judgment is entered in favor of Plaintiff Pappas & Co., against Defendants Flemming Enterprises, LLC and Charles Flemming.

Judgment is entered in the amount of $27,975.07 which represents $20,233.50 in principal; $5,108.25 in pre-judgment finance charges; $2,314.14 in attorney fees; and $319.18 in costs. This Judgment is subject to a post-judgment finance charge of 18 percent per year until fully paid.

The Clerk shall close this file.

Dated: June 6, 2007

                                            JAMES WARE
                                            United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Lewis P. Janowsky rj@rjlaw.com
Marion I Quesenbery marion@rjlaw.com

**Dated:  June 6, 2007**                                    **Richard W. Wieking, Clerk**

                                                            **By:   /s/ JW Chambers**
                                                                 **Elizabeth Garcia**
                                                                 **Courtroom Deputy**